Case 05-77374    Doc 52    Filed 03/28/08    Entered 03/28/08 11:17:43    Desc Main
Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  ROMUALDO MORENO  
10810 BONNIE BRAE ROAD    SSN-xxx-xx-4175  
HUNTLEY, IL  60142

Case Number: 05-77374

Case filed on: 10/15/2005  
Plan Confirmed on: 2/3/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $9,660.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | JOSEPH WROBEL, LTD. | 2,894.00 | 2,894.00 | 2,894.00 | 0.00 |
|  | Total Legal | 2,894.00 | 2,894.00 | 2,894.00 | 0.00 |
| 999 | ROMUALDO MORENO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIMORTGAGE INC | 2,090.07 | 1,190.31 | 1,190.31 | 0.00 |
| 002 | FIRST NATIONAL BANK OF MARENGO | 8,238.46 | 7,612.00 | 3,826.38 | 1,172.14 |
| 003 | HARRIS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 10,328.53 | 8,802.31 | 5,016.69 | 1,172.14 |
| 002 | FIRST NATIONAL BANK OF MARENGO | 0.00 | 187.94 | 0.00 | 0.00 |
| 004 | ACC INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CENTEGRA PRIMARY CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CITIBANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | DELL PREFERRED ACCOUNT | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | GREAT LAKES FINANCIAL SVCS. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 6,089.25 | 1,826.77 | 0.00 | 0.00 |
| 011 | MEDICAL RECOVERY SPECIALTY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MERCY HEALTHCARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | SALLIE MAE EDUCATION FINANCE CORPORATION | 5,715.94 | 1,714.78 | 0.00 | 0.00 |
| 014 | WELLS FARGO FINANCIAL BANK | 2,117.16 | 635.15 | 0.00 | 0.00 |
| 015 | ALFANSO MORENO | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | FAY MORENO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 13,922.35 | 4,364.64 | 0.00 | 0.00 |
|  | Grand Total: | 27,144.88 | 16,060.95 | 7,910.69 | 1,172.14 |

Total Paid Claimant:     $9,082.83  
Trustee Allowance:       $577.17          Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:  0.00            discharging the trustee and the trustee's surety from any and all  
                                         liablility on account of the within proceedings, and closing the estate,  
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby  
                                         certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008          By  /s/Heather M. Fagan